CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
1/10/2018
JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Civil Division

ROBERT SANCHEZ TURNER,

   Plaintiff,

v.                                         Case No. 3:17-cv-00064

AL THOMAS, JR., IN HIS INDIVIDUAL
CAPACITY AND HIS OFFICIAL
CAPACITY AS CHIEF OF
CHARLOTTESVILLE POLICE
DEPARTMENT, CITY OF
CHARLOTTESVILLE, VIRGINIA AND W.
STEVEN FLAHERTY, IN HIS INDIVIDUAL
CAPACITY,

   Defendants.

## ORDER

Upon consideration of M. Scott Fisher, Jr.'s Motion to Withdraw as Counsel for Defendant Al Thomas, Jr. and for good cause shown, it is hereby ORDERED that the Motion to Withdraw is GRANTED. M. Scott Fisher, Jr.'s appearance as counsel for Defendant Al Thomas, Jr. is hereby withdrawn. David P. Corrigan and Jeremy D. Capps of Harman, Claytor, Corrigan & Wellman shall remain as counsel for Defendant Al Thomas, Jr.

So ordered on this  10th  day of January, 2018.

_____
~~United States District Court Judge~~
Magistrate