# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION
## - Hearing Held in Lynchburg Division -

| | |
|---|---|
| **Robert Sanchez Turner** | Action No: 3:17CV00064 |
| vs. | Date: March 2, 2018 |
| | Judge: Norman K. Moon |
| **Al Thomas, Jr., et al.** | Court Reporter: Judy Webb |
| | Deputy Clerk: Carmen Amos |

Plaintiff Attorney(s)
Andrew Tate
Dallas LePierre
Jessica Sherman-Stoltz
Mario Williams

Defendant Attorney(s)
David Corrigan
John Zunka
Richard Milnor
Erin McNeill
Douglas Pittman

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:

Pretrial Motions Hearing held on the following motions:

(#25) Motion to Dismiss for Failure to State a Claim by W. Steven Flaherty;
(#26) Motion to Dismiss for Lack of Jurisdiction by W. Steven Flaherty;
(#28) Motion to Dismiss by City of Charlottesville, Virginia; and
(#30) Motion to Dismiss for Failure to State a Claim by Al Thomas, Jr.

Arguments heard.   Order forthcoming.

**Time in Court:   1 Hour, 23 Minutes**
   9:52 – 10:51 a.m. (59 minutes), 10:58 – 11:22 a.m. (24 minutes)