CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
May 29, 2018
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROBERT SANCHEZ TURNER, *Plaintiff,* v. AL THOMAS, JR., *ET AL.*, *Defendants.* | CASE NO. 3:17-CV-00064 ORDER JUDGE NORMAN K. MOON |

This case is before the Court on Defendants' motions to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). For the reasons stated in the accompanying memorandum opinion, the Court orders as follows:

Defendant Flaherty's motion to dismiss for lack of subject matter jurisdiction, (dkt. 26), is **DENIED**.

Defendant Flaherty's motion to dismiss for failure to state a claim, (dkt. 25), is **GRANTED**.

Defendant Thomas's motion to dismiss for failure to state a claim, (dkt. 30), is **GRANTED**.

Defendant Charlottesville motion to dismiss for failure to state a claim, (dkt. 28), is **GRANTED**.

Accordingly, this action is hereby **DISMISSED with PREJUDICE** and **STRICKEN** from the Court's active docket.

The Clerk of the Court is hereby directed to send a certified copy of this Order and accompanying memorandum opinion to all counsel of record.

Entered this 29th day of May, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE